# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

N.E. VERNICOS-ARGONAFTIS SALVAGE
AND TOWAGE CONSORTIUM;
ARGONAFTIS NAFTIKI ETAIRIA,

            Plaintiffs,

v.

OCEAN TANKERS HOLDINGS PUBLIC
COMPANY LIMITED, et al.,

            Defendants.

C.A. No. 10-441-ML

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2010 copies of the Motions for

Admission Pro Hac Vice of Samuel P. Blatchley, George M. Chalos and George A. Gaitas were

electronically filed with the Clerk of the United States District Court for the District of Rhode

Island and are available for viewing and downloading to the following counsel of record:

        Robert E. Collins, Esq. / Clinton & Muzyka, P.C.
        rcollins@clintonmuzyka.com

        /s/ Howard A. Merten
        Howard A. Merten (#3171)
        PARTRIDGE SNOW & HAHN LLP
        180 South Main Street
        Providence, RI 02903
        (401) 861-8200
        (401) 861-8210 FAX
        hm@psh.com

DATED:  November 1, 2010
1277213_1/10261-2