UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| N.E. VERNICOS – ARGONAFTIS SALVAGE AND TOWAGE CONSORTIUM; ARGONAFTIS NAFTIKI ETAIRIA, et al.;<br>　　　Plaintiffs,<br><br>　　v.<br><br>OCEAN TANKERS HOLDINGS PUBLIC COMPANY LIMITED, et. al.;<br>　　　Defendants<br><br>　　and<br><br>XIFIAS NAVIGATION LIMITED,<br>　　　Plaintiff,<br><br>　　v.<br><br>OCEAN TANKERS HOLDINGS PUBLIC COMPANY LIMITED, et al.<br>　　　Defendants. | (ADMIRALTY)<br><br>1:10-cv-0441 (ML)<br>c/w<br>1:10-cv-0451 (ML) |

**OBJECTION TO ROYAL BANK OF SCOTLAND'S MOTION TO SEAL**

NOW COME, Plaintiffs N.E. VERNICOS – ARGONAFTIS SALVAGE AND TOWAGE CONSORTIUM; ARGONAFTIS NAFTIKI ETAIRIA and hereby submit their Objection to the Royal Bank of Scotland's Motion to Seal. Plaintiffs have also prepared a Memorandum of Law in Opposition to the ROYAL BANK OF SCOTLAND's ("RBS") Motion to Seal. However, pursuant to LR Gen 102(b)(2), and despite their disagreement with RBS's position, Plaintiffs have good reason to believe

that their filing contains material that RBS would maintain is confidential.[1]  In addition, Plaintiffs are cognizant that the Court restricted access to the previously filed documents to the parties.  Accordingly, pursuant to LR Gen 102(b)(2), Plaintiffs will, on the same day of this filing, provide counsel for all parties of record (via email) and the Court (via regular mail) their Memorandum of Law in Opposition prior to filing same with the Court in the public domain.  This will allow RBS the opportunity to file a motion to seal that document.

Date: March 21, 2010

                Respectfully Submitted,

                N.E. VERNICOS – ARGONAFTIS SALVAGE AND TOWAGE CONSORTIUM and ARGONAFTIS NAFTIKI ETAIRIA,

                By Its Attorneys,

                CHALOS & CO, P.C.

                  /s/ George A. Gaitas
                George A. Gaitas
                Texas State Bar No.24058885
                Federal Bar No.705176
                675 Bering Dr., Ste 275
                Houston, Texas 77057
                Telephone: (713) 936-2427
                Fax: (713) 782-5274
                e-mail:gaitas@chaloslaw.com

---

[1] Plaintiffs do note, for the sake of good order, that RBS has waived any ability to seal the documents as they utterly failed to follow the procedure set forth for sealing documents in LR Gen 102(b)(1).

        CHALOS & Co, P.C.

        ___/s/ George M. Chalos_____
        George M. Chalos
        123 South Street
        Oyster Bay, New York 11771
        Tel:  (516) 714-4300
        Fax:  (516) 750-9051
        E-mail: gmc@chaloslaw.com


        PARTRIDGE SNOW & HAHN LLP


        ___/s/ Howard A. Merten_____
        Howard A. Merten (#3171)
        Samuel P. Blatchley (#8284)
        180 South Main Street
        Providence, RI 02903
        (401) 861-8200
        (401) 861-8210 FAX
        hm@psh.com
        spb@psh.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2011 a copy of the foregoing was electronically filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to all ECF registered counsel of record in this matter.

        __/s/ Howard Merten_____
        Howard Merten

1361962_1/10261-2